**99–1780.  R&R Serv. v. Ohio Petroleum Underground Storage Tank Release Comp. Bd.**
Sandusky App. No. S–99–003. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 12 of the court of appeals' Opinion and Judgment Entry journalized September 3, 1999:

"[T]his court finds that our judgment in the instant appeal is in conflict with *Amoco Oil Co. v. Petroleum Underground Storage Tank Compensation Release Bd.* (June 30, 1999), Montgomery App. No. 17672, unreported [1999 WL 961243], on the issue of whether Ohio Adm.Code 3737–1–07(A)(1) is an invalid rule. Consequently, we hereby certify the record in this case to the Supreme Court of Ohio for review and final determination of the conflict presented pursuant to Section 3(B)(4), Article IV, Ohio Constitution, and App.R. 25."

This cause is consolidated with 99–1481, *infra.*

F.E. SWEENEY, J., dissents to the above.

RESNICK, J., not participating.

**99–1781.  State v. Cedeno.**
Hamilton App. No. C–970465. On motion for leave to file delayed appeal. Motion denied.

**99–1785.  State v. Elliot.**
Hamilton App. No. C–960072. On motion for leave to file delayed appeal. Motion denied.

**99–1813.  State v. Knighton.**
Stark App. No. 1998CA00190. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–1881.  State v. Jones.**
Cuyahoga App. No. 74247. On motion for stay of execution of court of appeals' judgment. Motion granted.

PFEIFER, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**99–1405.  Alrjub v. Wheeler.**
Franklin App. No. 98AP–1171. Discretionary appeal allowed and cause held for the decision in 99–219, 99–222, 99–223 and 99–224, *Karr v. Borchardt,* Seneca App. Nos. 13–98–33, 13–98–36, 13–98–35 and 13–98–34; briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**99–1444.  Gliner v. Saint–Gobain/Norton Indus. Ceramics Corp.**
Cuyahoga App. No. 74055.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1469.  Fairborn Professional Fire–Fighters' Assn. v. Fairborn.**
Greene App. No. 99CA19.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1473.  Parker v. I&F Insulation Co.**
Hamilton App. No. C–980502.

F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1481.  Amoco Oil Co. v. Ohio Petroleum Underground Storage Tank Release Comp. Bd.**
Montgomery App. No. 17672. Discretionary appeal allowed and cause consolidated with 99–1780, *supra.*

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.